# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00484

T3MEDIA, INC., a Delaware corporation,

    Plaintiff,

v.

BBC WORLDWIDE LIMITED, an English corporation,

    Defendant.

---

## COMPLAINT AND JURY DEMAND
---

Plaintiff T3Media, Inc. ("T3Media"), by and through its undersigned counsel, and for its Complaint (the "Complaint") against Defendant BBC Worldwide Limited ("BBCW"), states and alleges as follows:

### I.  PARTIES

1. T3Media is a Delaware corporation with its principal place of business located in Denver, Colorado.

2. Upon information and belief, BBCW is an English corporation with its principal place of business in London, United Kingdom.

### II.  JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(2) because this action is between a citizen of a State and a citizen of a foreign state and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4. The Court has personal jurisdiction over BBCW because, upon information or belief, BBCW does business in this judicial district; because BBCW's commission of tortious acts reaches this judicial district; because T3Media has been damaged in the State of Colorado by BBCW's tortious conduct and breaches of contract; and because this dispute arises from BBC's breach of the material terms of the Master Distribution and Asset Management Agreement, which provides in relevant part that all disputes are to be resolved exclusively in the courts in Colorado, including the United States District Court located in Denver, Colorado.

5. Venue is proper in the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1391(b) & (c) because, upon information or belief, BBCW does business in this judicial district; because a substantial part of the events giving rise to T3Media's claims occurred in this judicial district; and because BBCW contractually agreed to venue in this Court.

### III.   GENERAL ALLEGATIONS

6. T3Media (formerly Thought Equity Motion) offers cloud-based storage, access and licensing for enterprise-scale video libraries. Its technology platform and services enable media owners to generate new value from their content while managing cost and complexity.

7. As part of its licensing business, T3Media licenses sports, news, and creative footage to producers in advertising, entertainment, publishing, and emerging media. T3Media's partners include the NCAA®, the Big Ten Conference, Discovery, Paramount Pictures, Sony Pictures Entertainment, National Geographic, and The New York Times, among others. In addition, T3Media registers its partners' proprietary content for copyright protection and is responsible for enforcing and protecting its partners' intellectual property rights.

8. T3Media also provides development, website, and hosting services. As part of this business, T3Media assists its clients with the development of interactive websites that enable the clients to market and deliver video content over the Internet. In addition, T3Media also offers its customers the option of having their website hosted by T3Media.

## The Master Agreement

9. On October 2, 2009, T3Media and BBCW executed a series of agreements that generally governed the parties' relationship, including the desire of the parties to cross-distribute video content and to develop BBCW's website.

10. The principal agreement between T3Media and BBCW is the Master Distribution and Asset Management Agreement (the "Master Agreement"), which generally contains the terms governing T3Media's and BBCW's relationship.

11. The parties also identified, described, and attached to the Master Agreement several other agreements.

12. The Technology and Digitization Services Agreement (the "Technology Agreement") was attached to the Master Agreement as Exhibit 3.

13. In the Master Agreement, the parties noted that they entered into the Technology Agreement to allow T3Media to, among other things, host and further develop BBCW's online service capabilities and to facilitate T3Media's management of certain video footage belonging to BBCW.

14. The TEM Distribution and License Agreement for Footage (the "TEM Agreement") was attached to the Master Agreement as Exhibit 2.

15. In the Master Agreement, the parties expressly noted that they entered into the TEM Agreement for the purpose of granting BBCW the limited right to license content owned by T3Media and its partners.

16. The parties also executed the BBCW Distribution and License Agreement for Footage, which was attached to the Master Agreement as Exhibit 1 and which governed T3Media's right to license certain BBCW video content.

## T3 Media's Provision of Services Pursuant to the Technology Agreement

17. Under the terms of the Technology Agreement, T3Media agreed to provide BBCW with various services, including website development, website hosting, revenue reporting, and video digitization (together the "Technology Services").

18. Upon information and belief, BBCW sought the Technology Services from T3Media in order to expand its ability to reach potential licensees of BBCW video content.

19. As part of the Technology Services, T3Media agreed to create digital versions of certain portions of BBCW video content identified by BBCW.

20. During the course of the parties' relationship, T3Media oversaw the creation of digital versions of a substantial amount of BBCW content at BBCW's direction.

21. As part of the Technology Services, T3Media also agreed to create and host a website that would serve as a "storefront" for BBCW's video footage (the "BBCW Website"). The BBCW Website went live on or about March 1, 2010.

22. The BBCW Website provided functionality that, among other things, allowed a customer interested in licensing BBCW video footage to search listings of BBCW video content for the purpose of identifying desirable video content.

4

23. Upon information and belief, in order to maximize the exposure of BBCW video content available for licensing, BBCW incorporated its metadata and text database into the BBCW Website. By adding this additional information, BBCW expanded the amount of video content that could be searched and/or located and/or identified via the BBCW Website.

24. Upon information and belief, as a prerequisite to searching the BBCW website for available video content, BBCW required potential customers to register and create a user account.

25. Upon information and belief, since the launch of the BBCW Website, thousands of people have registered and created user accounts.

26. Upon information and belief, hundreds and possibly thousands of customers and potential customers have used the BBCW Website to search for BBCW video content.

27. Upon information and belief, hundreds of customers have selected video content from the BBCW Website, including digital content created by T3Media at BBCW's direction.

28. Once a customer selected video content that was listed on the BBCW Website, BBCW licensed and delivered the desired content directly to the customer via the website or through other means.

29. Upon information and belief, BBCW received monies from customers in exchange for licensing video content identified using the BBCW Website.

30. As part of T3Media's compensation for providing Technology Services to BBCW pursuant to the Technology Agreement, BBCW agreed to pay T3Media a Technology Fee.

31. The parties set forth the method for calculating the Technology Fee in Schedule 1 to the Technology Agreement.

32. Upon information and belief, BBCW received monies from transactions that gave rise to the Technology Fee becoming due and owing to T3Media under the terms of the Technology Agreement, including from licensing video content identified using the BBCW Website.

### The TEM Agreement

33. Under the terms of the TEM Agreement, BBCW agreed under certain circumstances to pay T3Media licensing fees for licensing to third parties video content owned by T3Media and its partners.

34. T3Media provided BBCW with access to certain video content belonging to T3Media and its partners that BBCW was allowed to license to third parties under the terms of the TEM Agreement.

35. Upon information and belief, BBCW licensed to third parties video content owned by T3Media and its partners under circumstances that obligated BBCW to pay T3Media licensing fees.

36. Under the terms of the TEM Agreement, BBCW also agreed under certain circumstances to pay T3Media licensing fees for licensing to third parties certain video content belonging to BBCW.

37. Under the terms of the TEM Agreement, BBCW affirmed its obligation to pay T3Media the Technology Fees set forth in Schedule 1 to the Technology Agreement.

## FIRST CLAIM FOR RELIEF
### (Breach of Contract)

38. T3Media hereby incorporates the allegations set forth in paragraphs 1 through 37 of the Complaint as if fully set forth herein.

39. The Master Agreement is a valid and binding agreement between T3Media and BBCW.

40. T3Media has fully performed and continues to perform all of its obligations under the Master Agreement, and all conditions precedent to enforcing the Technology Agreement have been met or satisfied.

41. The Technology Agreement is a valid and binding agreement between T3Media and BBCW.

42. T3Media has fully performed and continues to perform all of its obligations under the Technology Agreement, and all conditions precedent to enforcing the Technology Agreement have been met or satisfied.

43. The TEM Agreement is a valid and binding agreement between T3Media and BBCW.

44. T3Media has fully performed and continues to perform all of its obligations under the TEM Agreement, and all conditions precedent to enforcing the TEM Agreement have been met or satisfied.

45. Upon information and belief, BBCW has not paid to T3Media all of the Technology Fees it was obligated to pay T3Media under the terms of the Master Agreement, Technology Agreement and/or TEM Agreement.

46. Upon information and belief, BBCW has not paid to T3Media all of the licensing fees it was obligated to pay T3Media under the terms of the Master Agreement, Technology Agreement and/or TEM Agreement.

47. BBCW's failure to pay all fees due and owing to T3Media while continuing to benefit from T3Media's performance constitutes material breaches of the Master Agreement, Technology Agreement, and/or TEM Agreement.

48. Under the express terms of the Master Agreement, T3Media is entitled to recover its reasonable attorneys' fees, legal expert fees, court costs and other legal expenses incurred as the result of BBCW's breaches.

49. As a direct and proximate cause of BBCW's breaches of the Master Agreement, Technology Agreement and/or TEM Agreement, T3Media has been damaged in an amount to be proven at trial and which includes, without limitation, all Technology Fees and all licensing fees, together with interest and the costs of collection, including attorneys' fees.

## SECOND CLAIM FOR RELIEF
### (Breach of Implied Duty Good Faith and Fair Dealing)

50. T3Media hereby incorporates the allegations set forth in paragraphs 1 through 49 of the Complaint as if fully set forth herein.

51. The Master Agreement, Technology Agreement, and TEM Agreement are valid and binding agreements between T3Media and BBCW and, as such, contain the implied duty of good faith and fair dealing.

52. In performing its obligations under the Master Agreement, Technology Agreement and/or the TEM Agreement, BBCW failed to act in good faith and to deal fairly with T3Media by, among other things, not sharing with T3Media relevant information regarding

certain monies it received from customers and not providing T3Media with the required portions of the monies it received from customers.

53. As a direct and proximate cause of BBCW's breach of the implied duty of good faith and fair dealing, T3Media has been damaged in an amount to be proven at trial.

### THIRD CLAIM FOR RELIEF
(Unjust Enrichment)

54. T3Media hereby incorporates the allegations set forth in paragraphs 1 through 53 of the Complaint as if fully set forth herein.

55. BBCW has benefitted from T3Media's provision of services, including through its use of the highly functional and useful website, through its acceptance of digitized portions of its video footage, and through its licensing to third parties video content that belongs to T3Media and its partners. These benefits, among others, have allowed BBCW to increase the revenues it obtains from the licensing of video footage.

56. BBCW's enjoyment of the website, the digitized video content, and access to video footage owned by T3 Media and its partners has been at T3Media's expense because, among other ways, T3Media invested time and resources in developing the website, providing the digitization services, and gathering and developing the video content.

57. BBCW has accepted the benefits of T3Media's services without compensating T3Media for its services.

58. It would be unjust to allow BBCW to benefit from T3Media's provision of services without compensating T3Media.

59. As a direct and proximate cause of BBCW's unjust enrichment, T3Media has been damaged in an amount to be proven at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff T3Media, Inc. prays that the Court enters judgment in its favor and against Defendant BBC Worldwide Limited on each and every claim asserted herein, and that it be awarded the following relief:

a. Money damages, including special damages, in an amount to be calculated at trial;

b. All applicable statutory penalties;

c. Pre-judgment interest;

d. Post-judgment interest; and

e. Litigation costs and expenses, including attorney and expert witness fees; and

f. Any such further preliminary or permanent relief, including equitable relief, as this Court deems just and proper under the circumstances.

## **JURY DEMAND**

T3Media, Inc. demands a jury trial on all issues so triable.

Respectfully submitted this 25th day of February, 2014.

    KUTAK ROCK LLP

    *s/ Chad T. Nitta*
    Chad T. Nitta
    Blair E. Kanis
    1801 California St., Suite 3100
    Denver, CO 80202
    Tel: 303-297-2400
    Fax: 303-292-7799
    chad.nitta@kutakrock.com
    blair.kanis@kutakrock.com

    *ATTORNEYS FOR PLAINTIFF*