IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00484-CMA-BNB

T3MEDIA, INC., a Delaware corporation,

Plaintiff,

v.

BBC WORLDWIDE LIMITED, an English corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion for Leave to Modify Scheduling Order** [docket no. 27, filed August 27, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

> The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 12, 2015**;

> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 12, 2015**;

| | |
|---|---|
| Discovery Cut-Off: | **March 13, 2015**; |
| Dispositive Motion Deadline: | **May 1, 2015**. |

IT IS FURTHER ORDERED that the Pretrial Conference set for March 30, 2015, is **vacated and reset to July 9, 2015, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **July 2, 2015**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2(b).

DATED: August 28, 2014